

20241213154728

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, DEMAND, CIVIL COVER SHEET, EXHIBITS**
EFFECTED (1) BY ME: <u>LOUIS LISI</u>
TITLE: **PROCESS SERVER**

DATE: **12/14/2024 4:41:34 PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[  ] Served personally upon the defendant

<u>OLGA'S PLACE, INC. D/B/A OLGA'S PLACE C/O JOSE PIMENTA</u>

Place where served:

<u>206 LT GLENN ZAMORSKI DRIVE    ELIZABETH  NJ  07206</u>

[ X ]  Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

<u>GAURDY DSSILVA</u>

Relationship to defendant    **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX:<u>F</u>    AGE:<u>21-35</u>  HEIGHT: <u>5'4"-5'8"</u>    WEIGHT: <u>100-130 LBS.</u>    SKIN:<u>OLIVE</u>    HAIR:<u>BLACK</u>    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL$ _____.____         SERVICES $_____.____         TOTAL $_____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

<u>14th day of December, 2024</u>

Notary Signature _____

<u>Rosemary Ramos</u>        <u>September 25th, 2028</u>
Name of Notary        My Commission Expires

I, <u>LOUIS LISI,</u>
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Louis Lisi_ _____
Signature of Process Server

<u>12/14/2024</u>
Date

ROSEMARY RAMOS
My Commission Expires
NOTARY PUBLIC
STATE OF NEW JERSEY
September 25, 2028

ATTORNEY:    GERALD B. BALDINO, III, ESQUIRE
PLAINTIFF:    DESSIE PILEK, ET AL
DEFENDANT:    OLGA'S PLACE, INC. D/B/A OLGA'S PLACE, ET AL
VENUE:    DISTRICT
DOCKET:    2 24 CV 11065 JXN LDW
COMMENT: